05-15-01499-CV

ACCEPTED
DALLAS COUNTY CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/9/2015 10:02 AM
LISA MATZ
CLERK

Bridgette Vation

## CAUSE NO. DC-14-13841

| | | |
|---|---|---|
| **MUNCK WILSON MANDALA, LLP** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| **v.** | § | **DALLAS COUNTY TEXAS** |
| **DAVID SCHUM,** | § | |
| **Defendant** | § | **193rd JUDICIAL DISTRICT** |

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/9/2015 10:02:10 AM
LISA MATZ
Clerk

## NOTICE OF APPEAL

Notice is hereby given that Defendant David Schum hereby appeals the Summary Judgment issued by the 193rd Judicial District Court, Dallas County, Texas, in the above styled numbered cause, entered on September 10, 2015 to the Fifth Court of Appeals, Dallas, Texas.

Defendant timely filed a Motion for New Trial on October 2, 2015 which was denied on October 20, 2015. The filing deadline for the Notice of Appeal is December 10, 2015.

Defendant is seeking indigent status under Rule 20.1 (a) (2) and (b) and waiver of bond under Rule 24.2 (a) (1) (A). An Affidavit of Indigency is being filed as required.

Defendant is not being represented by an attorney.

Respectfully submitted,

December 8, 2015

David Schum, Pro Se
4149 Lovers Lane, Apt. C
Dallas, Texas 75225

469-513-2177

Watchradio@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to Mark S. Senter, counsel of record for the Plaintiff, by email at msenter@munckwilson.com on this 8th day of December 2015.

David Schum, Pro Se